# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   JANELLE M. GAVIN                                                    Case Number: 06-71952
         5036 TRAFFORD DRIVE               SSN-xxx-xx-9242
         LOVES PARK, IL  61111

                                                        Case filed on:        10/20/2006
                                                        Plan Confirmed on:     1/5/2007

                                  D Dismissed

Total funds received and disbursed pursuant to the plan: $35,280.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 002 | GMAC MORTGAGE | 0.00 | 0.00 | 6,741.22 | 0.00 |
| 004 | WELLS FARGO BANK N.A. | 0.00 | 0.00 | 14,083.95 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 20,825.17 | 0.00 |
|  |  |  |  |  |  |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,500.00 | 2,500.00 | 500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 500.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | JANELLE M. GAVIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | FORD MOTOR CREDIT CORP | 16,273.66 | 16,273.66 | 9,557.37 | 1,355.77 |
| 003 | GMAC MORTGAGE | 1,131.50 | 1,131.50 | 212.38 | 0.00 |
| 005 | WFHM | 3,500.00 | 3,500.00 | 656.93 | 0.00 |
|  | Total Secured | 20,905.16 | 20,905.16 | 10,426.68 | 1,355.77 |
|  |  |  |  |  |  |
| 006 | LVNV FUNDING LLC | 5,284.73 | 5,284.73 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 2,707.78 | 2,707.78 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 2,527.13 | 2,527.13 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 2,996.28 | 2,996.28 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 13,945.42 | 13,945.42 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,994.70 | 1,994.70 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 6,193.39 | 6,193.39 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 439.66 | 439.66 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 1,366.69 | 1,366.69 | 0.00 | 0.00 |
|  | Total Unsecured | 37,455.78 | 37,455.78 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 60,860.94 | 60,860.94 | 31,751.85 | 1,355.77 |

Total Paid Claimant:        $33,107.62
Trustee Allowance:          $2,172.38           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:         0.00       discharging the trustee and the trustee's surety from any and all
                                           liabllility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

         Report Dated:


                                                 /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


         This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


         Dated at Rockford, IL  on 03/26/2008              By  /s/Heather M. Fagan